Harriet E. Berdell v. Robert H. Berdell. —

Motion for restitution denied, without costs. Opinion by Daniels, J.